**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:24-CR-35 (LAG) |
| | : |
| SHERRONICA JACKSON, ALAN BROWN, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

Before the Court is Defendants Sherronica Jackson's and Alan Brown's Joint Motion to Continue Trial. (Doc. 50). Therein, Defendants move to continue the pretrial conference and trial in this matter, currently scheduled for March 27, 2025 and April 7, 2025, respectively. (*Id.* at 1).

On August 14, 2024, Defendants were charged in a six-count indictment. (Doc. 1). On September 5, 2024, Defendants had their initial appearances before the Magistrate Judge, at which they pled not guilty and were released pending trial. (Docs. 22, 24, 26–27, 29–32). On March 25, 2025, Defendants filed a Joint Motion to Continue. (Doc. 50). Therein, the Defendants move to "continue this case to [] August 2025[.]". (*Id.* at 2). Defendants represent that they "need additional time to: (1) review the voluminous discovery; (2) conduct any additional investigation necessary to a defense; (3) discuss discovery and possible defenses with Defendant; and (4) to discuss and negotiate a potential resolution in this matter with the Government[.]" (*Id.* at 1). Defendants further represent that the Government does not oppose this motion. (*Id.* at 2).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying the continuance would deny Defendants the reasonable time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, the Joint Motion to Continue (Doc. 50) is **GRANTED**,

2

and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's February 4, 2025, Scheduling Order (Doc. 44) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 26th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**